| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| CENTRAL DISTRICT OF CALIFORNIA |
| Case number *(if known)* _____ Chapter  11 |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  Harrington Estates, LLC

**2. All other names debtor used in the last 8 years**
   Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  84-3855779

**4. Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 830 Harrington Road | |
| Glendale, CA 91207 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Los Angeles | **Location of principal assets, if different from principal place of business** |
| County | 830 Harrington Road   CA 91027 |
| | Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**  _____

**6. Type of debtor**
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor  Harrington Estates, LLC _____  Case number (*if known*)_____
     Name

**7. Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

Debtor   Harrington Estates, LLC                                    Case number (*if known*)
         Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____   Relationship _____
District _____ When _____ Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49                ☐ 1,000-5,000          ☐ 25,001-50,000
☐ 50-99               ☐ 5001-10,000          ☐ 50,001-100,000
☐ 100-199             ☐ 10,001-25,000        ☐ More than100,000
☐ 200-999

**15. Estimated Assets**

☐ $0 - $50,000              ■ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million    ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000              ■ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion

Official Form 201               **Voluntary Petition for Non-Individuals Filing for Bankruptcy**              page 3

Debtor   Harrington Estates, LLC                                                                 Case number (*if known*)
         Name

|  |  |  |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    Harrington Estates, LLC                                    Case number (*if known*)
          Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    July 18, 2023
               MM / DD / YYYY

X  /s/ Anthony C, Burrell                                            Anthony C, Burrell
   Signature of authorized representative of debtor                  Printed name

   Title    CEO

**18. Signature of attorney**

X  /s/ Louis J. Esbin, Esq.                          Date  July 18, 2023
   Signature of attorney for debtor                        MM / DD / YYYY

   Louis J. Esbin, Esq.
   Printed name

   Law Offices of Louis J. Esbin
   Firm name

   27451 Tourney Road, Suite 120
   Valencia, CA 91355
   Number, Street, City, State & ZIP Code

   Contact phone   661-254-5050          Email address   Louis@Esbinlaw.com

   CBLS 119705 CA
   Bar number and State

**ACTION BY UNANIMOUS WRITTEN CONSENT OF THE MEMBERS AND MANAGER IN LIEU OF MEETING OF LIMITED LIABILITY COMPANY**

      **WHEREAS**, pursuant to the California Corporations Code and the Operating Agreement of this limited liability company, it is deemed desirable and in the best interests of this limited liability company that the following actions be taken by the Managers with the consent and approval of Member(s) of this limited liability company pursuant to this Written Consent

      **NOW, THEREFORE, BE IT RESOLVED** that the Member(s) of this limited liability company authorize the undersigned Manager of this limited liability company, which limited liability company has its primary business address located in Los Angeles County California, and hereby consents to, approves and adopts the following:

      A.     This limited liability company shall file for protection under Chapter 11, Title 11, United States Code, on or after July 16, 2023, and is authorized to pay the required filing fees.

      B.     This limited liability company is authorized to employ and pay for the legal services of Louis J. Esbin of the Law Offices of Louis J. Esbin, for the purpose of assisting this limited liability company in prebankruptcy planning and as general bankruptcy counsel in accordance with the terms and conditions of the Retainer Agreement provided, and to file required documents and documentation to commence a bankruptcy case, including without limitation the bankruptcy petition, schedules, statement of financial affairs and other necessary documents, electronically.

      C.     This limited liability company is authorized to employ and pay for the services of a certified public accountant and other accounting professionals, for the purpose of assisting this limited liability company in prebankruptcy planning and accounting services during a bankruptcy case.

      D.     This limited liability company is authorized to close the currently maintained bank accounts and to open new debtor in possession bank accounts at an approved depository institution, as required under the Guidelines of the United States Trustee, and to use only those accounts during the bankruptcy case.

      **RESOLVED FURTHER**, that the Officers of this limited liability company, each acting in their capacity as such, are hereby authorized to do and perform all such acts, including execution of documents and certificates, as said Officers deem necessary or advisable to carry out the purposes of the foregoing resolutions.

      **RESOLVED FURTHER**. that any actions taken by such Officers prior to the date of the foregoing resolutions adopted hereby are within the authority conferred thereby are hereby ratified confirmed and approved as the acts and deeds of this limited liability company.

      This written consent shall be filed in the Minute Book of this limited liability company and become a part of the records of this limited liability company.

Dated: July 16, 2023

                                                Name: Anthony Burrell
                                               Capacity: Managing Member

# United States Bankruptcy Court
## Central District of California

In re: Harrington Estates, LLC, Debtor(s)

Case No.: 
Chapter: 11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Anthony C. Burrell<br>830 Harrington Road<br>Glendale, CA 91027 | Member | 100% | Membership |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date: July 18, 2023

Signature: /s/ Anthony C, Burrell
Anthony C, Burrell

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at  Glendale, CA , California.    /s/ Anthony C, Burrell
                                            Anthony C, Burrell
Date:  July 18, 2023                        Signature of Debtor 1

                                            Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018    Page 1    F 1015-2.1.STMT.RELATED.CASES

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Central District of California

In re   Harrington Estates, LLC                                              Case No.
                                             Debtor(s)                       Chapter   11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept                       $       11,750.00
   Prior to the filing of this statement I have received             $        4,000.00
   Balance Due                                                       $        7,750.00

2. The source of the compensation paid to me was:

   ■ Debtor        ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor        ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

July 18, 2023                                         /s/ Louis J. Esbin, Esq.
*Date*                                                Louis J. Esbin, Esq.
                                                      *Signature of Attorney*
                                                      Law Offices of Louis J. Esbin
                                                      27451 Tourney Road, Suite 120
                                                      Valencia, CA 91355
                                                      661-254-5050   Fax: 661-254-5252
                                                      Louis@Esbinlaw.com
                                                      *Name of law firm*

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address<br>Louis J. Esbin, Esq.<br>27451 Tourney Road, Suite 120<br>Valencia, CA 91355<br>661-254-5050 Fax: 661-254-5252<br>California State Bar Number: CBLS 119705 CA<br>Louis@Esbinlaw.com<br><br>■ *Attorney for:* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br>    Harrington Estates, LLC<br>                                    Debtor(s),<br><br>                                    Plaintiff(s),<br><br><br><br><br><br>                                    Defendant(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:    11<br><br>**CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4**<br><br>[No hearing] |
|---|---|

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,   Louis J. Esbin, Esq.                                      , the undersigned in the above-captioned case, hereby declare
          *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                                              **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**
1.     I have personal knowledge of the matters set forth in this Statement because:
   - ☐ I am the president or other officer or an authorized agent of the Debtor corporation
   - ☐ I am a party to an adversary proceeding
   - ☐ I am a party to a contested matter
   - ■ I am the attorney for the Debtor corporation
2.a.   ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:
      *[For additional names, attach an addendum to this form.]*
   b.  ■ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

July 18, 2023                            By:  /s/ Louis J. Esbin, Esq.
Date                                       Signature of Debtor, or attorney for Debtor

                                                       Name:  Louis J. Esbin, Esq.
                                                        Printed name of Debtor, or attorney for Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                             **F 1007-4.CORP.OWNERSHIP.STMT**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Louis J. Esbin, Esq.<br>27451 Tourney Road, Suite 120<br>Valencia, CA 91355<br>661-254-5050 Fax: 661-254-5252<br>California State Bar Number: CBLS 119705 CA<br>Louis@Esbinlaw.com | |

☐ *Debtor(s) appearing without an attorney*

■ *Attorney for Debtor*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>Harrington Estates, LLC<br><br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 11 |
|---|---|
| | **VERIFICATION OF MASTER**<br>**MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __2__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: July 18, 2023                               /s/ Anthony C, Burrell
                                                  Signature of Debtor 1

Date:                                             _____
                                                  Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: July 18, 2023                               /s/ Louis J. Esbin, Esq.
                                                  Signature of Attorney for Debtor (if applicable)

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                                          **F 1007-1.MAILING.LIST.VERIFICATION**

Harrington Estates, LLC
830 Harrington Road
Glendale, CA 91207


Louis J. Esbin, Esq.
Law Offices of Louis J. Esbin
27451 Tourney Road, Suite 120
Valencia, CA 91355


CFMB INVESTMENT
1104 Camino Del Mar, # 103
Del Mar, CA 92014


Eagle Capital
P.O Box 200053
Kennesaw, GA 30156


Franchise Tax Board
Bankruptcy Section, MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952


Internal Revenue Service
Bankruptcies
P.O. Box 7346
Philadelphia, PA 19101-7346


Kevin Kim
16656 Carob Avenue
Chino Hills, CA 91709


Los Angeles Tax Collector
P.O Box 54110
Los Angeles, CA 90054-0010

```
Richard Szerman
28494 Westinghouse Place., # 204
Valencia, CA 91355
```